## Commonwealth ex rel. Kaplan *v.* Kaplan, Appellant.

Submitted September 13, 1971. *Albert E. Kaplan,* appellant, in propria persona; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

November 23, 1971

## Alberts *v.* International Chemical & Nuclear Corp., Appellant.

Argued September 17, 1971. *C. William Berger,* with him *Berger & Kapetan,* for appellant; *Clyde P. Bailey* and *Richard C. Witt,* with them *Loyal H. Gregg, Bailey and Bailey, Jones, Gregg, Creehan and Gerace,* for appellee.

Order affirmed.